IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil No. 3:03-CV00168-RCJ-RAM |
| Plaintiff | ) | |
| v. | ) | **ORDER DISMISSING CASE** |
| MARY L. McCARTY | ) | |
| Defendant | ) | |

BASED ON THE STIPULATION of the parties and good cause appearing therefore, this case is dismissed is without prejudice, subject to reopening under *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994), should the United States inform the Court that Ms. McCarty has not complied with the terms of the settlement. The Court will retain jurisdiction to enforce the settlement. Also, each party should bear its own attorneys fees and costs.

12-07-2011
DATE                                                              UNITED STATES DISTRICT JUDGE